# EXHIBIT A

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

RECEIVED
U.S. SHERIFF'S DEPT
HARBOR/COURT SERVICES

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

JUL 2 7 2020

DAVID H. YAMASAKI, Clerk of the Court

BY: L. RANGEL, DEPUTY

**NOTICE TO DEFENDANT:** DAVID DE ALBA, ANNE MARIE SCHUBERT,
*(AVISO AL DEMANDADO):*    NAV GILL,   RALPH D 2020 AUG 18 P 12: 18
ATLANTIC FINANCIAL, PACIFIC INVESTMENT
MANAGEMENT COMPANY, and DOES 1 through 10, inclusive,
Defendants.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*  THOMAS JOHN SMITHSON

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: Orange County Superior Court
*(El nombre y dirección de la corte es):* 700 civic center drive west
Santa Ana, CA 92701
Central Justice Center

CASE NUMBER: *(Número del Caso):*
**01 15 15 31**

Judge William Claster

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Thomas J. Smithson P02371,   Mule Creek State Prison, P.O. Box 409090,
Ione, CA 95640

DATE: **JUL 2 7 2020**                    DAVID H. YAMASAKI        Clerk, by L. RANGEL           , Deputy
*(Fecha)*                                 *(Secretario)*                    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*

   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☒ by personal delivery on *(date)* 8/24/20

[SEAL]
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Page 1 of 1

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Thomas J. Smithson P02371<br>Mule Creek State Prison<br>P.O. Box 409090, Ione, CA 95640<br>TELEPHONE NO.:          FAX NO.: | FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br><br>RECEIVED<br>O.C. SHERIFF'S DEPT<br>HARBOR/COURT SERVICES<br><br>JUL 27 2020<br><br>DAVID H. YAMASAKI, Clerk of the Court<br><br>BY_____, DEPUTY<br>C. RANGEL |

ATTORNEY FOR *(Name)*:

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   ORANGE
STREET ADDRESS: 700 CIVIC CENTER DRIVE WEST
MAILING ADDRESS: SANTA ANA, CA 92701
CITY AND ZIP CODE: SANTA ANA, CA 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

2020 AUG 18 P 12: 18

CASE NAME:
SMITHSON v. DE ALBA

30-2020

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| ☒ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☐ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | 01151531 |
| | | | DEPT: | JUDGE: William Claster |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| ☐ Auto (22) | ☐ Breach of contract/warranty (06) | (Cal. Rules of Court, rules 3.400–3.403) |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Antitrust/Trade regulation (03) |
| Other PI/PD/WD (Personal Injury/Property | ☐ Other collections (09) | ☐ Construction defect (10) |
| Damage/Wrongful Death) Tort | ☐ Insurance coverage (18) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Other contract (37) | ☒ Securities litigation (28) |
| ☐ Product liability (24) | Real Property | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | ☐ Eminent domain/Inverse | ☐ Insurance coverage claims arising from the |
| ☐ Other PI/PD/WD (23) | condemnation (14) | above listed provisionally complex case |
| Non-PI/PD/WD (Other) Tort | ☐ Wrongful eviction (33) | types (41) |
| ☐ Business tort/unfair business practice (07) | ☐ Other real property (26) | Enforcement of Judgment |
| ☐ Civil rights (08) | Unlawful Detainer | ☐ Enforcement of judgment (20) |
| ☐ Defamation (13) | ☐ Commercial (31) | Miscellaneous Civil Complaint |
| ☐ Fraud (16) | ☐ Residential (32) | ☐ RICO (27) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | ☐ Other complaint *(not specified above)* (42) |
| ☐ Professional negligence (25) | Judicial Review | Miscellaneous Civil Petition |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Partnership and corporate governance (21) |
| Employment | ☐ Petition re: arbitration award (11) | ☐ Other petition *(not specified above)* (43) |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ☐ Other employment (15) | ☐ Other judicial review (39) | |

2. This case ☒ is   ☐ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☒ Large number of separately represented parties          d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel     e. ☒ Coordination with related actions pending in one or more courts
        issues that will be time-consuming to resolve                 in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence              f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ☒ monetary   b. ☒ nonmonetary; declaratory or injunctive relief   c. ☒ punitive
4. Number of causes of action *(specify)*: (7)
5. This case ☐ is   ☐ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: JULY 16, 2020

Thomas J. Smithson
(TYPE OR PRINT NAME)                                        ► (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | CIVIL CASE COVER SHEET | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |
|---|---|---|

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)--Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
 Asbestos Property Damage
 Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
 Medical Malpractice-- Physicians & Surgeons
 Other Professional Health Care Malpractice
Other PI/PD/WD (23)
 Premises Liability (e.g., slip and fall)
 Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
 Intentional Infliction of Emotional Distress
 Negligent Infliction of Emotional Distress
 Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
 Legal Malpractice
 Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
 Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
 Contract/Warranty Breach--Seller Plaintiff *(not fraud or negligence)*
 Negligent Breach of Contract/ Warranty
 Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
 Collection Case--Seller Plaintiff
 Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
 Auto Subrogation
 Other Coverage
Other Contract (37)
 Contractual Fraud
 Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
 Writ of Possession of Real Property
 Mortgage Foreclosure
 Quiet Title
 Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
 Writ--Administrative Mandamus
 Writ--Mandamus on Limited Court Case Matter
 Writ--Other Limited Court Case Review
Other Judicial Review (39)
 Review of Health Officer Order
 Notice of Appeal--Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400-3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
 Abstract of Judgment (Out of County)
 Confession of Judgment *(non-domestic relations)*
 Sister State Judgment
 Administrative Agency Award *(not unpaid taxes)*
 Petition/Certification of Entry of Judgment on Unpaid Taxes
 Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
 Declaratory Relief Only
 Injunctive Relief Only *(non-harassment)*
 Mechanics Lien
 Other Commercial Complaint Case *(non-tort/non-complex)*
 Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
 Civil Harassment
 Workplace Violence
 Elder/Dependent Adult Abuse
 Election Contest
 Petition for Name Change
 Petition for Relief From Late Claim
 Other Civil Petition

**CIVIL CASE COVER SHEET**

Thomas J. Smithson P02371
Mule Creek State Prison 400
Highway 104
P.O. Box 409090
Ione, CA 95640

In Propria Persona

RECEIVED
O.C. SHERIFF'S DEPT
HARBOR/COURT SERVICES

2020 AUG 18 P 12: 18

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

JUL 27 2020

DAVID H. YAMASAKI, Clerk of the Court

BY:_____, DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ORANGE 30-2020

THOMAS JOHN SMITHSON,

    Plaintiff,

    v.

DAVID DE ALBA, ANNE MARIE
SCHUBERT, NAV GILL, RALPH DIAZ,
ATLANTIC FINANCIAL, PACIFIC
INVESTMENT MANAGEMENT COMPANY,
and DOES 1 through 10, inclusive,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE No.: 01151531

Judge William Craster

COMPLAINT FOR DAMAGES
(CIVIL UNLIMITED)

DEMAND FOR JURY TRIAL

"WITHIN THE ADMIRALTY"

## VERIFIED COMPLAINT FOR DAMAGES

### I.

### INTRODUCTION

1. This is a civil action filed by Plaintiff
_____Thomas Smithson_____, a state prisoner
alleging multiple violations of Fraud, Securities Fraud,
Conversion, Illegal Formation of Contract/Bonds, Identity Theft,
Human Trafficking, and RICO Violations.

1

2.   Plaintiff        makes        allegation        against
_____Sacramento_____, County    Superior    Court
Judge___David De Alba_____,                   District
Attorney____Anne Marie Schubert_____,          County
Clerk_____Nav Gill_____, Ralph Diaz California
Department of Corrections and Rehabilitations Secretary, their
offices and/or predecessors, Pacific Investment Management
Company/Atlantic Financial and Does 1-10. The above entitled
violations were committed by the Defendants against Plaintiff and
are the proximate cause for liability and damages.

## II.

## JURISDICTION

3.   Proper Jurisdiction of this Civil Action is established
in and for "Within The Admiralty" previously established in the
Kocak v. Deddeh   case No. 37-2019-00048781, of Orange County
Superior Court. Under Art. III 28 U.S.C. 1333, 1337.

## III.

## PARTIES

4.   Plaintiff___Thomas Smithson ("Plaintiff")___, at all
times relevant is confined by the California Department of
Corrections and Rehabilitations.

5.   Defendant(s):   Judge David De Alba, ("De Alba")___,
District   Attorney Anne Marie Schubert, ("Schubert") County
Clerk____Nav Gill, ("Gill")_____, Ralph ("Diaz") (CDCR
Secretary), their offices and/or predecessors, Pacific Investment
Management Company/Atlantic Financial, and Does 1-10 at all times
relevant are the liable parties. The true names and capacities,

2

whether individual, corporate, associate, or otherwise, of the defendant named herein as DOES 1 through 10, inclusive, and each of them are unknown to plaintiff, who therefore sues them by such fictitious names. Plaintiff is informed and believes, and thereon alleges, that each of the DOE Defendants is in some manner responsible for the actions and damages alleged in this Complaint. When Plaintiff ascertains the true names and capacities of the DOE Defendants, he will seek leave of Court to amend this Complaint to Identify them by name their true names and capacities.

## IV.

### EXHAUSTION OF REMEDIES

6.   This Civil Action is the appropriate remedy available.

### STATEMENT OF FACTS

7.   On April 18, 1997 Plaintiff was arrested and confined at   Sacramento   , County Department of Corrections.

8.   On or about Mar. 23, 1998 Plaintiff was served Documents identified herein as Indictment documents to later be converted and misappropriated without Plaintiffs knowledge as an Executory Contract.

9.   Plaintiff was at no time given notice that the proposed executory contract was in existence and faulty due to lack of 2 legitimate parties appearing on the face of the contract, to wit "THE PEOPLE OF THE STATE OF CALIFORNIA" which is not a legal party eligible to enter into any contracts due to lack of proper and legal registry with the California Secretary of State Business Programs Division. (See Exhibit  A , Inquiry.)

3

10. Upon completion of Judicial process defendant Judge _____De Alba_____, their offices and/or predecessors offices Does 1 through 10 inclusive, initiated Judicial lien upon Plaintiff indemnifying plaintiff and causing plaintiff to become collateral in order to create illegal business transactions through Surety Bonds, Bid Bonds, Performance Bonds, Corporate Bonds, Grants and diversified other Financial intersts for unjust enrichments.

11. Plaintiff at no time received disclosure that business transactions and enacted by all above named Defendants were to be performed in Plaintiff's Legal Name and Case Number.

12. Defendants their offices and/or predecessors who represent those offices Judge _____De Alba_____, District Attorney _____Schubert_____, and County Clerk ____Gill_____, at the issueance of Judicial Lien against Plaintiff did then file a Memorandum of Costs Form MC-010, MC-011, MC-012 which contained information and is the foundational beginning of "Surety Bond" created in Plaintiff's name without Plaintiff's knowledge, or expressed, implied, written, or verbal consent.

13. Defendants and Does 1-10 then passed the Surety Bond betwixt each other, one taking possession from the other the Surety Bond for the purposes of underwriting and converting bond for commercial and international trade/sale and were unjustly enriched.

14. Plaintiff at no time received disclosure of these transactions nor gave any form of consent implied or otherwise.

4

15.   Plaintiff was then moved to storage facilities to be held as collateral by Defendant Diaz who acts as Bailee for and/or under the illegally formed executory contract and subsequent bond arising from Judicial lien.

16.   Pursuant to Penal Code § 236.1. All Defendants under Constructive Law Standard did engage in Human Trafficking as Plaintiff suffered illegal transportation of his flesh and blood person under the auspices of an illegally formed executory contract.

17.   Plaintiff is informed and believes, and based upon that information and belief, that each defendant knowingly acted in concert conspired and agreed together among themselves, entered into a combination and systemized campaign to, inter alia, damage plaintiff and to otherwise consciously and/or recklessly act in derogation to plaintiffs information and belief, and to all appearances, Defendants represents a unified body so that the actions of one Defendant were accomplished in concert with, and with the knowledge, ratification, authorization and approval of each of the other Defendants.   All Defendants under Constructive Law Standard did Violate RICO violations upon Plaintiff by unjustly enriching themselves through illegal business conducted from the illegal formation of executory contract.

18.   All bonds created resulting from Judicial lien against Plaintiff and subsequent equity transfers, gains, and grants are violations of Federal Securities Exchange Commission laws as Plaintiff did not at any time sign for, agree to, or have knowledge of any such business dealings in his name and case number.

19.  Plaintiff was not notified at any time that equitable value and gains were converted by defendants one and all to various grants and diverse investments used to unjustly enrich the defendants illegally.

20.  Defendants: Judge _____ De Alba _____, District Attorney _____ Schubert _____, County Clerk _____ Gill _____, Diaz (CDCR Secretary) their offices and/or predecessors, did conspire to illegally use Plaintiff's identity without his expressed consent implied or actual, all other defendant's are complicit under Constructive Law.

21.  Defendants have failed to properly claim taxable gains from subsequent unjust enrichmens and interest gained yearly as required.

22.  Defendants have not filed Franchise Tax forms 1096, OID Form 1099, or reported INC or PRC on any of the illegal business gains from the diverse and complex secured investments resulting from the illegal formation of the execurtoy contract.

23.  Defendants under Constructive Law have committed Fraud Pursuant to Penal Code §§ 182.12, 182, 72, and 531(a) through actions performed by enforcing an unenforceable executory contract.

24.  Defendants under Constructive Law are in violation of S.E.C. law and have committed Securities Fraud in creating bonds and various other financial transactions within Trade and Commerce internationally via illegal executory contract.

6

25. No lawful jurisdiction was ever established upon Plaintiff through use of illegal formation of executory contract.

26. The Alleged victim(s) in Plaintiff's case received no compensations equal to or commensurate with the amount(s) ammassed by the defendants who under the auspices of acting on behalf of the alleged victims, yet defendants failed to inform the alleged victims of their illegal activities of unjust enrichment and did not share any portions of the enrichments which was supposedly in the interest of justice for the alleged victim(s).

27. At no time has the amounts of unjust enrichment gains been disclosed to either the Plaintiff or his alleged victim(s) who are the primary parties of interest and relevance to the initiation of Executory Contract conveyed through Fraud by the Defendants.

28. Plaintiff establishes Illegal formation of executory contract based on Federal Order of Discharge of Incarceration Debt established by Wells case #18-13009-B-7, Kocak Case #18-10031-A-7 whereas both cases established that their indictments were in fact illegal formations of executory contract, and as such fraudulent. (SEE EXHIBIT B, FORM(S))

29. Defendants secured by initial monies/funding for said Bonds by State/Federal Grant requests by possible fraud. Defendants therefore are the liable and responsible parties for damages and injury to plaintiff.

7

## FIRST CAUSE OF ACTION
(Illegal Formation of Contract/Bond)
(California Civil Code §§ 1550 (1-4),
1556, 1558, 1565, 1567, 1568, 1569,
1571, 1572, 1573, 1580, 1581, and 1668)

30. Plaintiff re-alleges and incorporates facts in Plaintiff's Statement of Facts paragraphs 7-29, declaring Defendants: Judge ____ De Alba _____, District Attorney _____ Schubert _____, County Clerk _____ Gill _____, Ralph Diaz California Department of Corrections and Rehabilitations Secretary their offices and or predecessors, Pacific Investments Management Company/Atlantic Financial, and Does 1-10 inclusive are the proximate cause for damages to plaintiff by imposing and unenforceable illegally formed Executory Contract. Above named Defendants did unlawfully and fraudulently impose Jurisdiction through the illegally formed executory contract identified herein as Plaintiff's indictment.

31. Defendant's relied upon "THE PEOPLE OF THE STATE OF CALIFORNIA" as a legitimate party to a Contract. No such entity, business, corporation or person is registered with the California Secretary of State's Business Program division as required to conduct legal business and contract within the State of California. (See Plaintiff's Exhibit A.)

32. Pursuant to CC § 1558 the identification of parties is necessary. Pursuant to CC § 1550 parties must be capable of contracting. Defendants using "THE PEOPLE OF THE STATE OF CALIFORNIA" as a party to a contract is factually illegal as no such party is entitled to contract in any form or conduct business.

8

When defendants submitted "THE PEOPLE OF THE STATE OF CALIFORNIA" as a plaintiff and listed the Plaintiff herein as the Defendant then through Judicial process initiated a Judicial Lien upon Plaintiff the Executory Contract was illegal in full and all aspects of said contract are therefore subject to claim of damages by plaintiff.

33. No legal party was produced by the defendants registered as an entity, business, or corporation that could legally enter into contract which was imposed upon Plaintiff.

34. Defendants further compounded issue by failing to disclose all aspects of business to be performed in Plaintiff's Name and lacks plaintiffs knowledge, consent, and required signature with which to initiate any Bond type. Such actions by the Defendants constitute Fraud pursuant to CC §§ 1572, 1573, 1575, 1580, and 1581.

35. Defendants then placed a Judicial lien against Plaintiff illegally indemnifying his person of flesh and blood causing him to become collateral against Surety Bonds created and signed for by Defendant Judge__De Alba_____. Upon completion of the Judicial lien selfsame Defendant ordered Clerk of the Court to submit Memorandum of Cost forms MC-010, MC-011, and MC-012 itemizing incurred expenses of the court and inception of the Surety Bond which is listed on the MC forms done expressly contrary to policy of law. CC § 1668.

9

36.   Defendants have committed Fraud, securities fraud, identity theft, conversion, Human trafficking,and numerous RICO violations stemming from the illegal formation of the executory contract.

37.   Defendants one and all are therefore the proximate and responsible parties which caused damage to the Plaintiff in this cause of Action.

## SECOND CAUSE OF ACTION
(Fraud)
(California Civil Code §§ 1572 and 1573)

38.   Plaintiff re-alleges and incoporates facts in Statement of Facts and Causes of Action paragraphs 7-38, declaring Defendants of listed parties (all) inclusive, are the proximate and responsible cause of damage to Plaintiff for Fraud as defined in CC §§ 1572, 1573 as both actual and constructive.

39.   The defendants did initiate and submitt an executory contract to Plaintiff which was not a legal formation of contract due to the lack of two legitimate parties. Defendants did effect illegal business without duly and rightfully disclosing such acts to plaintiff at any time as required under contract rules previously cited. Defendants knowingly imposed to plaintiff under false pretenses the illegal executory contract.

40.   The defendants did use illegally and without plaintiff's consent his identity for the purposes of unjust enrichment through illegal business practices stemming for the imposition of an executory contract, initiated by funding from possibly fraudulent State/Federal grant requests.

41.   The defendants did upon instituting the Judicial Lien against Plaintiff then fraudulently indemnify Plaintiff without his knowledge and proceeded to create a Surety bond to convert to furhter unjust enrichments formed from fraud and the illegal executory contract.

42.   The defendants having created the Surety bond by submitting the MC-010, 011, 012 forms then had the Bond underwritten which then caused the plaintiff to become collateral against the progressions of the future investments and illegal business conducted by the defendants.

43.   In creating the unjust enrichments from the illegal formation of the executory contract which in and of itself was fraudulent all other actions of the defendants relevant to unjust enrichment constitute Actual and Constructive Fraud as such the defendants are the proximate and responsible parties for damages inflicted upon Plaintiff. (See Exhibit C.)

### THIRD CAUSE OF ACTION
(Identity Theft)
(Penal Code § 531(a))

44.   Plaintiff re-alleges and incorporates Statement of Facts and Causes of Action paragraphs 7-43, as proof, declaring Defendant of listed Parties (all) are the proximate and responsible parties that caused damage to Plaintiff for Identity theft as defined in Penal Code § 531(a).

45.   The Defendants did unlawfully utilize Plaintiff's Legal Name and case number (#) to procure and use for unjusts enrichment by first imposing an uneforceable contract, indemnifying plaintiff through Judicial lien, creating Surety Bonds which were converted into various other business ventures and gained equitable value all in Plaintiff's name without his expressed, implied consent or knowledge.

46.   Creation of the many diverse business transactions in the name of the plaintiff without his knowledge or consent is identified as Identity theft and is the proximate cause of damage to the plaintiff.

47.   The defendants are the responsible parties and proximate cause of harm to the plaintiff in this cause of action.

### FOURTH CAUSE OF ACTION
(Human Trafficking)
(Penal Code § 236.1)

48.   Plaintiff re-alleges and incorporates Statement of Facts and Causes of Action paragraphs 7-47, declaring Defendants of listed parties (all) are the proximate and responsible parties that caused damage to Plaintiff for Humman Trafficking Pursuant to Penal Code § 236.1.

49.   The Defendants did without lawful authority imprison and move the flesh and blood person under the auspices of him being collateral to be held in storage against a fraudulent debt created by the defendants to illegally indemnify and imprison Plaintiff.

12

50.   The act of moving and storing the Plaintiff and holding his physical person against his will and consent for the purposes of debt collection founded on illegal premise of an illegal executory contract constitutes Human Trafficking and is the proximate cause of damage to the Plaintiff.

51.   Therefore, the defendants are the proximate and responsible parties liable for damages to Plaintiff for Human Trafficking.

## FIFTH CAUSE OF ACTION
### (Conversion)
### (Penal Code § 438)

52.   Plaintiff re-alleges and incorporates Statement of Facts and Causes of Action paragraphs 7-51, declaring Defendants of listed parties (all) are the proximate and responsible parties liable for damages to Plaintiff for Conversion defined in Penal Code § 438.

53.   The defendants did intentionally and willfully use the Plaintiff's name and Case # to create and generate unjust enrichment converting an illegal bond from an illegal executory contract which resulted in many various business investment gains through multiple Bonds, Grants, Mutual Bonds, Corporate Bonds being traded internationally and domestically that plaintiff had no knowledge of no received any part of.

54.   Such Acts of conversion by the Defendants are the proximate cause of damge to Plaintiff.

55.   Therefore, the defendants are the proximate and responsible parties liable for the damages inflicted upon the Plaintiff.

13

## SIXTH CAUSE OF ACTION
### (Securities Fraud)

56.   Plaintiff   re-alleges   and   incorporates   Statement   of
Facts paragraphs 7-55, declaring Defendants of listed Parties
(all) inclusive, are the proximate and responsible parties liable
for damages to Plaintiff for Securities Fraud.

57.   Defendants   did   initiate   and   continually   Trade/Sell
Bonds   Nationally,   and   Internationally   crossing   multiple
jurisdictions   and   incorporating   multiple   corporations,
organizations, and persons in a multi-faceted scheme to defraud
Plaintiff and the circumvent Securities Exchange Commission Laws
governing such illegal acts.

58.   Defendants   did   create   and   procure   unjust   enrichments
through use of a fraudulent and illegal formation of Executory
Contract conspiring and culpable by Constructive Law for engaging
in illegal Securities Fraud and are the proximate and responsible
parties liable for damages to plaintiff.

59.   Therefore,   the   defendants   are   the   proximate   and
responsible liable parties for damages inflicted upon Plaintiff.

## SEVENTH CAUSE OF ACTION
### (RICO Act Violations)

60.   Plaintiff   re-alleges   and   incorporates   Statement   of
Facts paragraphs 7-59, declaring Defendants (all) inclusive, are
the responsible and liable parties of Listed Parties (all) and
the   proximate   cause   of   damages   to   Plaintiff   for   RICO   Act
Violations.

14

61. Defendants having collectively and in an organized manner did affect huge amounts of revenue gains illegally and performed such illegal acts under color of law in violation of the RICO Act. In working together in concert and engaging in a multi-level scheme of criminal conduct which unjustly enriched the defendants in multitudes of ways, and hidden means the threshold for RICO may be considered as a cause of action that damaged Plaintiff.

62. The defendants are the responsible and liable parties who engaged in RICO Violations and are the proximate cause of damages to the Plaintiff.

63. Therefore, the Defendants having unjustly enriched themselves are the proximate and responsible parties for dmaages inflicted upon Plaintiff.

## PRAYER FOR RELIEF

64. WHEREFORE, Plaintiff prays for judgement against Defendants as follows:

1. Compensatory Damages for the above Causes of Action use of Plaintiff a Natural Person as Surety, CC § 3281 according to proof commensurate to the Bonds Highest Value Estimated $ 517,987,388.60 ;

2. Exemplary and Punitive Damages arising from the Fraud, CC § 3294 according to proof;

3. Declatory and Injuctive Relief;

4. Cost of the suit;

5. Any other relief the Court deems just and proper.

## VERIFICATION/AUTHENTICATION OF DOCUMENTS

65.   I, Thomas John Smithson, declare:

I am the Pro Se litigant in this civil action, and I am over 18 years of age. All facts alleged in the above Complaint for Damages not supported by citation to documents and law are true and correct of my own personal knowledge, except as to those matters which are based upon information and belief. As to those matters I believe them to be true. Also, I declare that the documents attached to this complaint as Exhibit(s) A, B, and C, are true copies of the originals and represent as I state them to be.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. If asked, I can and will testify to in a court of law.

Executed on _16_, day of _July_____, 2020, at Mule Creek State Prison, in the Town of Ione, Amador California.

Thomas J. Smithson
Plaintiff in Pro Se

### JURY DEMAND

66.   Plaintiff hereby demands a jury trial.

Dated:   July _16_, 2020

Thomas J. Smithson
Plaintiff in Pro Se

16

Exhibit A

BILL JONES
CALIFOR   \ SECRETARY OF STATE

BUSINESS PROGRAMS DIVISION
INFORMATION RETRIEVAL/CERTIFICATION UNIT
1500 - 11th Street
Sacramento, California  95814
(916) 653-7315



RE:   CORPORATION STATUS INQUIRY        *PLAINTIFF*

Enclosed is a computer printout of corporate information in response to your recent request.

Information contained in the computer files is shown on the printout, and an explanation of the printout is on the reverse side of this page.

If the computer scrolls do not show the name for which you requested information, a printout of the scroll will be provided. An arrow near the center of the alpha scroll will identify where the name would be located if it were of record. "No record" may be noted by the name as entered on the top of the scroll page.  If you require information on any of the other names on the scroll, you may request a printout for that name.  The fee is $4.00 for each name requested.

A copy of the filed statement of officers may be obtained for a fee of $5.00, uncertified, or $10.00, certified.

Information regarding related businesses of individual corporate entities is not required to be filed with this office, and subsidiaries of corporations are not identified as such in the records.  Copies of bylaws and names of shareholders or owners of corporations are not required to be filed in this office, and names of persons associated with corporations are not cross referenced by the name of the individual.

Telephone numbers of corporations and social security numbers for employees of corporations are not of record in this office.  Information concerning bankruptcies of corporations, or other businesses or individuals, is not available from this office.  Federal identification numbers, employer identification numbers and business licenses are not of record in this office.

Information regarding stock issuance, or the application for a permit to issue stock, is not filed in this office.  You may direct requests regarding these matters to the Department of Corporations, for such information as may be available from that agency.

For information concerning application to revive a suspended corporation to good standing, contact the Franchise Tax Board, Sacramento, CA, Attention:  Corporation Revivor Unit.

Fictitious business names, partnerships and sole proprietorships are registered with county clerk/recorder offices. Limited Partnerships, and Limited Liability Companies are filed with the Limited Partnership Division, 1500 Eleventh Street, Sacramento, CA  95814.

This office does not have statutory, regulatory or investigative authority over corporate and noncorporate entities, nor is there information available in this office regarding a corporation's business practices.

INFORMATION RETRIEVAL/CERTIFICATION UNIT

STATUS.INQ
(7-96)

TAB  9 . 2 OF 3



Secretary of State
Business Programs Division
Business Entities - Records, P.O. Box 944260, Sacramento, CA 94244-2600

Date:   December 18, 2017                    Employee Initials:        PAM

RE:   PEOPLE OF THE STATE OF CALIFORNIA

        (A CORPORATION)

This is response to your request for information.

☑  There is no record of the entity you requested.

☐  There is no record of the filing you requested.

☐  The information requested is not available.  The entity has not filed a Statement of Information.

☐  The information requested is not available.  Only corporations and limited liability companies are required to file a Statement of Information.

☐  The information requested is not made of record with the California Secretary of State.

☐  The information requested is not made of record as a business entity with the California Secretary of State.

☐  The California Corporations Code authorizes the California Secretary of State to destroy a Statement of Information after a new statement is filed.  The California Secretary of State retains the two most recently filed complete statements or the most recently filed complete and no change statements.  Therefore, all previously filed statements may not be available for reproduction.

☐  The California Secretary of State has no record of a general partnership by the name stated in your request.  General partnerships may record their partnership agreement with the county in which the principal place of business is located.  For county locations, go to Government Links at www.ca.gov.

☐  The California Secretary of State has a record of one or more entities with the same or similar name.  A list including the entity name(s) is enclosed.  Please resubmit your request identifying the exact entity name and number to which your request applies, along with any applicable fees.

☐  Enclosed is a Certificate of Status certifying to the status of the entity.  A Certificate of Qualification or Certificate of Registration, issued to a foreign entity at the time of qualification or registration with the California Secretary of State, cannot be reproduced or reissued.

☐  Bylaws or Articles of Association (or any amendments to those documents) are not filed with the California Secretary of State.  Requests for this information should be directed to the entity itself.

☐  Fictitious business names may be filed with the county in which the principal place of business is located.  For more information, go to the Government Links at www.ca.gov.

☐  The information requested is not available from the California Secretary of State.

For more information, go to www.sos.ca.gov/business/be/information-requests.htm.

REC'M AUG
REC'T NOV
REC'R JAN

STATUS ALPHA SCROLL                    15:05:33.1

RE: THE PEOPLE  OF THE STATE OF CALIFORNIA    NO RECORD

_ C0711037 A
         PEOPLE OF PROGRESS INCORPORATED

_ C0832032 S
         PEOPLE OF PURPOSE

_ C1692558 A
         PEOPLE OF THE DAWN

_ C1471263 A
         PEOPLE OF THE EARTH FOUNDATION

_ C1552736 S
===> PEOPLE OF THE WORLD

_ C1279454 S
         PEOPLE OF THE WORLD INC.

_ C0828934 S
         PEOPLE OF TWENTY

_ C2030535 A
         THE PEOPLE ON THE BUS

_ C1913272 A
         PEOPLE ORGANIZING TO DEMAND ENVIRONMENTAL RIGHTS

_ C0870324 S
         PEOPLE-ORIENTED PRODUCTS, INCORPORATED

              MARK WITH 'D' TO DISPLAY DETAIL INFORMATION

ENTR=NEXT SCREEN  PF2=PREV SCREEN  PF3=BACK TO WORKSCREEN  PF5=PHONETIC

Exhibit B

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Frank Orlando Wells** | Social Security number or ITIN | xxx–xx–4793 |
| | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ | |
| Debtor 2 | | Social Security number or ITIN | _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court   **Eastern District of California** | | | |
| Case number:   18–13009 | | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Frank Orlando Wells
21633 Avenue 24
PO Box 92
Chowchilla, CA 93610

Dated:
1/2/19

For the Court,
Wayne Blackwelder , Clerk

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                     **Order of Discharge**                     page 1

Case 8:20-cv-01777-CJC-JDE   Document 1-1   Filed 09/17/20   Page 27 of 45   Page ID #:32

**LexisNexis® CourtLink®**

Switch Client | My Briefcase | Order Runner Documents | Lexis Advance | Sign Out |
Welcome, Diane Johnson

**Single Search - with Terms and Connectors**

Enter keywords - Search multiple dockets & documents          Search   Info

| My CourtLink | Search | Dockets & Documents | Track | Alert | Strategic Profiles | Breaking Complaints | My Account | Court Info |

🔍  Search > Docket Search > Frank Orlando Wells

**Docket Tools**

New Docket Search          Search in Same Court

| Get Updated Docket | Track Docket Activity | Search for Similar | Set Alert for Similar Dockets |
| This docket was retrieved from the court on 10/29/2018 | CourtLink can alert you when there is new activity in this case | Start a new search based on the characteristics of this case | CourtLink alerts you when there are new cases that match characteristics of this case |

[Add to My Briefcase]
[Email this Docket]
[Printer Friendly Format]

Additional resources for cases like this may be found in our LexisNexis Practice Area communities.
Retrieve the current **Claims and Creditors** from the court.

**Docket**

🔍 Lexis Web Search is enabled on this docket

---

### U.S. Bankruptcy Courts

### U.S. Bankruptcy - California Eastern
### (Fresno)

### 1:18bk13009

### Frank Orlando Wells

This case was retrieved from the court on Monday, October 29, 2018

Update Now

---

**Header**

Case Number: 1:18bk13009
Date Filed: 07/24/2018
Date Proceedings & Schedule Retrieved: 10/29/2018
Chapter: 7

[Summary][Participants][Schedule][Associated Cases][Proceedings][Claims][Total Claims][Creditors]

**Summary**

Flags: IFPauperis, NODISCH
Case Type: Bankruptcy
Assets: No
Vol: Voluntary
Judge: Hon. Rene Lastreto II
341 Date: 08/27/2018
341 Location: FRESNO MEETING ROOM 1450

Back to Top

**Participants**

**Litigants**                                                    **Attorneys**
Frank Orlando Wells
21633 Avenue 24
PO Box 92
Chowchilla CA 93610
SSN / ITIN: xxx-xx-4793
Added: 07/24/2018
Debtor
D

Trudi Manfredo
377 W. Fallbrook Ave., Suite 102
Fresno CA 93711
559 242-5577
Added: 07/24/2018
Trustee

T

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno CA 93721
Added: 07/24/2018
U.S. Trustee
T

Back to Top

## Schedule

| Document No | Deadline/Hearing | Event Filed | Due/Set | SatisfiedDate | Terminated | Hearing Judge |
|---|---|---|---|---|---|---|
| 5 | | 07/24/2018 | 08/23/2018 | | 08/01/2018 | |
| | 341 Meeting | 07/24/2018 | 08/27/2018 at 01:00 PM | 08/30/2018 | | |
| | Hearing | 08/23/2018 | 09/12/2018 at 09:03 AM | | 08/23/2018 | Lastreto, Rene |
| 32 | Hearing | 09/11/2018 | 10/10/2018 at 09:30 AM | | 10/11/2018 | Lastreto, Rene |
| | Financial Management -Db | 07/24/2018 | 10/11/2018 | 08/06/2018 | | |
| | Objection to Discharge Due | 07/24/2018 | 10/26/2018 | | | |
| 28 | 341 Meeting | 08/30/2018 | 10/29/2018 at 09:30 AM | | | |
| 37 | Follow Up | 10/12/2018 | 10/31/2018 | | | |

Back to Top

## Associated Cases

### No Information is Available for this case

Back to Top

## Claims

### No Information is Available for this case

Back to Top

## Total Claims

### No Information is Available for this case

Back to Top

## Creditors

### No Information is Available for this case

Back to Top

## Documents

| Retrieve Document(s) |
|---|

### Items 1 to 63 of 63

| Availability | # | Date | Details | Source |
|---|---|---|---|---|
| Online | 1 | 07/24/2018 | Chapter 7 Voluntary Petition Individual. All Schedules and Statements filed. (jflf) (Entered: 07/24/2018) | |
| Runner | | 07/24/2018 | Meeting of Creditors to be held on 08/27/2018 at 01:00 PM at Fresno Meeting Room 1450. Last day to oppose discharge: 10/26/2018. (jflf) (Entered: 07/24/2018) | |
| Online | 2 | 07/24/2018 | Notice of Appointment of Interim Trustee Trudi Manfredo (auto) (Entered: 07/24/2018) | |
| Online | 3 | 07/24/2018 | Master Address List (auto) (Entered: 07/24/2018) | |
| Runner | 4 | 07/24/2018 | ENTERED ON DOCKET IN ERROR - NO IMAGE AVAILABLE Statement of Social Security Number(s) (jflf) Modified on 7/24/2018 (jflf). (Entered: 07/24/2018) | |
| Online | 5 | 07/24/2018 | Motion/Application for Waiver of the Chapter 7 Filing Fee or Other Fee Filed by Debtor Frank Orlando Wells (jflf) (Entered: 07/24/2018) | |
| Runner | | 07/24/2018 | Docket Entry Reserved for Internal Use/Order Processing - Waive Fee 5 Motion/Application for Waiver of the Chapter 7 Filing Fee or Other Fee (jflf) (Entered: 07/24/2018) | |
| Online | 7 | 07/24/2018 | Declaration of Frank Orlando Wells Re: Facts (jflf) (Entered: 07/24/2018) | |
| Online | 8 | 07/24/2018 | Initial Statement About an Eviction Judgment (Form 101A), Debtor did not include name and address for landlord. (jflf) (Entered: 07/24/2018) | |
| Online | 4 | 07/24/2018 | Statement of Social Security Number(s) (jflf) (Entered: 07/24/2018) | |
| Online | 9 | 07/25/2018 | BNC 341 Notice Requested (CMX) (auto) (Entered: 07/25/2018) | |
| Online | 10 | 07/25/2018 | Notice of Requirement to Complete Course in Financial Management Course Certificate as Transmitted to BNC for Service. (Admin) (Entered: 07/25/2018) | |
| Online | 11 | 07/27/2018 | Certificate of Mailing of Notice of Meeting of Creditors as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 07/27/2018) | |
| Online | 12 | 07/27/2018 | Certificate of Mailing of Notice of Requirement to File a Statement of Completion of Course in Personal Financial Management as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 07/27/2018) | |

LexisNexis CourtLink - Docket Number Search Result

| | | | |
|---|---|---|---|
| ☐ Online | 13 | 08/01/2018 | Order Granting 5 Motion/Application for Waiver of the Chapter 7 Filing Fee or Other Fee. (jflf) (Entered: 08/01/2018) |
| ☐ Online | 14 | 08/01/2018 | Notice of Entry of Order/Judgment as Transmitted to BNC for Service Re: 13 Order Granting 5 Motion/Application for Waiver of the Chapter 7 Filing Fee or Other Fee. (jflf) (jflf) (Entered: 08/01/2018) |
| ☐ Online | 15 | 08/03/2018 | Certificate of Mailing of 14 Notice of Entry of Order/Judgment as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 08/03/2018) |
| ☐ Online | 16 | 08/06/2018 | Personal Financial Management Course Certificate For Debtor (Bhatt, Jai) (Entered: 08/06/2018) |
| ☐ Online | 17 | 08/15/2018 | Motion/Application to Impose Restitution/Recover Damages Filed by Debtor Frank Orlando Wells (jflf) (Entered: 08/15/2018) |
| ☐ Online | 18 | 08/15/2018 | Certificate/Proof of Service of 17 Motion/Application to Impose Restitution/Recover Damages (jflf) (Entered: 08/15/2018) |
| ☐ Online | 19 | 08/23/2018 | Order Denying 17 Motion/Application to Impose Restitution/Recover Damages (jflf) (Entered: 08/23/2018) |
| ☐ Online | 20 | 08/23/2018 | Court's Certificate of Mailing of 19 Order (jflf) (Entered: 08/23/2018) |
| ☐ Online | 21 | 08/23/2018 | Motion/Application to Avoid Lien of Scott Kernan Filed by Debtor Frank Orlando Wells (jflf) (Entered: 08/23/2018) |
| ☐ Online | 21 | 08/23/2018 | Motion/Application to Avoid Lien of Bailee for Hire Filed by Debtor Frank Orlando Wells (jflf) (Entered: 08/23/2018) |
| Runner | | 08/23/2018 | ENTERED ON DOCKET IN ERROR Hearing Re: 21 Motion/Application to Avoid Lien of Scott Kernan, 21 Motion/Application to Avoid Lien of Bailee for Hire to be held on 9/12/2018 at 09:03 AM at Fresno Courtroom 13, Department B. (jflf) Modified on 8/23/2018 (jflf). (Entered: 08/23/2018) |
| ☐ Online | 22 | 08/23/2018 | Declaration of Frank Orlando Wells Re: 21 Motion/Application to Avoid Lien of Scott Kernan, 21 Motion/Application to Avoid Lien of Bailee for Hire (jflf) (Entered: 08/23/2018) |
| ☐ Online | 23 | 08/24/2018 | Memo to File Re: Calendar Correction as Transmitted to BNC for Service Re: 21 Motion/Application to Avoid Lien of Bailee for Hire (vmcf) (Entered: 08/24/2018) |
| ☐ Online | 24 | 08/26/2018 | Certificate of Mailing of Memo to File Re: Calendar Correction as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 08/26/2018) |
| ☐ Online | 25 | 08/27/2018 | Motion/Application for Issuance of Writ of Execution by the United States Marshall Filed by Debtor Frank Orlando Wells (jflf) (Entered: 08/27/2018) |
| ☐ Online | 26 | 08/27/2018 | Certificate/Proof of Service of Proposed Order, 25 Motion/Application for Issuance of Writ of Execution by the United States Marshall (jflf) (Entered: 08/27/2018) |
| ☐ Online | 27 | 08/28/2018 | Memo to File Re: Calendar Correction as Transmitted to BNC for Service Re: 25 Motion/Application for Issuance of Writ of Execution by the United States Marshall (vmcf) (Entered: 08/28/2018) |
| ☐ Online | 28 | 08/30/2018 | Report of Trustee at Sec. 341(a) Meeting and Trustee''s Motion to Dismiss for Failure to Appear at Sec. 341(a) Meeting and Motion to Extend the Deadlines for Filing Objections to Discharge and Motions to Dismiss [TMT-1]. Debtor Did Not Appear;. The continued Sec. 341(a) Meeting to be held on 10/29/2018 at 09:30 AM at Fresno Meeting Room 1450. (Manfredo, Trudi) (Entered: 08/30/2018) |
| ☐ Online | 29 | 08/30/2018 | Notice of Trustee''s Motion to Dismiss for Failure to Appear at Sec. 341(a) Meeting of Creditors and Motion to Extend the Deadlines for Filing Objections to Discharge and Motions to Dismiss as transmitted to BNC for service. [TMT-1] (Manfredo, Trudi) (Entered: 08/30/2018) |
| ☐ Online | 30 | 08/30/2018 | Certificate of Mailing of Memo to File Re: Calendar Correction as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 08/30/2018) |
| ☐ Online | 31 | 09/01/2018 | Certificate of Mailing of Notice of Trustee''s Motion to Dismiss for Failure to Appear at Sec 341(a) Meeting of Creditors as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 09/01/2018) |
| ☐ Online | 32 | 09/11/2018 | Notice of Hearing and Opposition Re: Trustee''s Motion to Dismiss for Failure to Appear at Sec. 341(a) Meeting of Creditors Filed by Debtor Frank Orlando Wells [TMT-1] to be held on 10/10/2018 at 09:30 AM at Fresno Courtroom 13, Department B. (shbs) (Entered: 09/11/2018) |
| ☐ Online | 33 | 10/05/2018 | Motion/Application for Emergency Request for Order of Court Call [FW-5] Filed by Debtor Frank Orlando Wells (jflf) Modified on 10/5/2018 (jflf). (Entered: 10/05/2018) |
| ☐ Online | 34 | 10/09/2018 | Order Denying 33 Motion/Application for Emergency Request for Order of Court Call [FW-5] (jflf) (Entered: 10/09/2018) |
| ☐ Online | 35 | 10/09/2018 | Court's Certificate of Mailing of 34 Order [FW-5] (tjof) (Entered: 10/09/2018) |
| ☐ Online | 36 | 10/10/2018 | Civil Minutes -- Motion Conditionally denied, Resolved without Oral Argument Re: 28 - Report of Trustee at Sec. 341(a) Meeting and Trustee''s Motion to Dismiss for Failure to Appear at Sec. 341(a) Meeting and Motion to Extend the Deadlines for Filing Objections to Discharge and Motions to Dismiss [TMT-1]. Debtor Did Not Appear;. (admin) (Entered: 10/11/2018) |
| ☐ Online | 37 | 10/12/2018 | Order Conditionally Denying 28 Trustee''s Motion to Dismiss for Failure to Appear at Sec. 341(a) Meeting of Creditors [TMT-1] (jdas) (Entered: 10/12/2018) |
| ☐ Online | 37 | 10/12/2018 | Order Re: 28 Trustee''s Motion to Dismiss for Failure to Appear at Sec. 341(a) Meeting of Creditors [TMT-1]. The time to file a complaint objecting to discharge, to determine dischargeability of certain debt or to file a motion to dismiss case under Section 707(b), is extended to 60 days after the conclusion of the meeting of creditors as to one or more parties. Update Deadline; Follow Up 10/31/2018. (jdas) (Entered: 10/12/2018) |
| ☐ Online | 38 | 10/12/2018 | Notice of Entry of Order/Judgment as Transmitted to BNC for Service Re: 37 Order Conditionally Denying 28 Trustee''s Motion to Dismiss for Failure to Appear at Sec. 341(a) Meeting of Creditors [TMT-1] (jdas), 37 Order Re: 28 Trustee''s Motion to Dismiss for Failure to Appear at Sec. 341(a) Meeting of Creditors [TMT-1]. The time to file a complaint objecting to discharge, to determine dischargeability of certain debt or to file a motion to dismiss case under Section 707(b), is extended to 60 days after the conclusion of the meeting of creditors as to one or more parties. Update Deadline; Follow Up 10/31/2018. (jdas) (jdas) (Entered: 10/12/2018) |
| ☐ Online | 39 | 10/12/2018 | BNC Service of Document as transmitted to BNC for service. (jdas) (Entered: 10/12/2018) |
| ☐ Online | 40 | 10/14/2018 | Certificate of Mailing of Notice of 38 Notice of Entry of Order/Judgment as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 10/14/2018) |
| ☐ Online | 41 | 10/14/2018 | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 10/14/2018) |
| ☐ Online | 42 | 10/26/2018 | Amended Master Address List (Fee Paid $0.00) (jflf)(Entered: 10/29/2018) |
| ☐ Online | 43 | 11/02/2018 | Notice of Payment Due in The Amount of $31 Re: Amended Master Address List (Fee Paid $0.00) (jflf) (Admin) (Entered: 11/02/2018) |
| ☐ Online | 44 | 11/04/2018 | Certificate of Mailing of Notice of Payment Due as Provided by The Bankruptcy Noticing Center (Admin.)(Entered: |

Events since last full update

Events since last full update

Events

Case 8:20-cv-01777-CJC-JDE   Document 1-1   Filed 09/17/20   Page 30 of 45   Page ID #:35

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | 11/04/2018 |  | since last full update |
|  | Runner | 11/09/2018 | Chapter 7 Trustee's Report of no Distribution. The Section 341 Meeting Was Concluded on 10/25/18. Debtor Appeared; Debtor(S) Is/Are Pro Se. I, Trudi Manfredo, Having Been Appointed Trustee of The Estate Of The Above-Named Debtor(S), Report That I Have Neither Received Any Property Nor Paid Any Money on Account of This Estate; That I Have Made A Diligent Inquiry Into The Financial Affairs of The Debtor(S) And The Location of The Property Belonging to The Estate; And That There Is no Property Available For Distribution From The Estate Over And Above That Exempted by Law. Pursuant to Fed R Bank P 5009, I Hereby Certify That The Estate of The Above-Named Debtor(S) Has Been Fully Administered. I Request That I be Discharged From Any Further Duties as Trustee. Key Information About This Case as Reported in Schedules Filed by The Debtor(S) or Otherwise Found in The Case Record: This Case Was Pending For 4 Months. Assets Abandoned (Without Deducting Any Secured Claims): $ 0.00, Assets Exempt: Not Available, Claims Scheduled: $ 0.00, Claims Asserted: Not Applicable, Claims Scheduled to be Discharged Without Payment (Without Deducting The Value of Collateral or Debts Excepted From Discharge): $ 0.00. (Manfredo, Trudi)(Entered: 11/09/2018) | Events since last full update |
| Online | 45 | 11/09/2018 | Declaration of C/Ot. Richard Re: Administration of Oath And Confirmation of Identity And Social Security Number (CJim)(Entered: 11/09/2018) | Events since last full update |
| Online | 46 | 11/09/2018 | Order to Show Cause - Failure to Pay Fees as Transmitted to Bnc For Service. Hearing to be Held on 11/28/2018 at 09:30 AM at Fresno Courtroom 13, Department B. (CJim)(Entered: 11/09/2018) | Events since last full update |
| Online | 47 | 11/10/2018 | Notice of Filing Report of no Distribution as Transmitted to Bnc For Service. Objections Due 12/10/2018. (Admin) (Entered: 11/10/2018) | Events since last full update |
| Online | 48 | 11/11/2018 | Certificate of Mailing of Order to Show Cause - Failure to Pay Fees as Provided by The Bankruptcy Noticing Center (Admin.)(Entered: 11/11/2018) | Events since last full update |
| Online | 49 | 11/15/2018 | Certificate of Mailing of Notice of Filing Report of no Distribution as Provided by The Bankruptcy Noticing Center (Admin.)(Entered: 11/15/2018) | Events since last full update |
| Online | 50 | 11/20/2018 | Response/Reply Filed by Debtor Frank Orlando Wells Re: 46 Order to Show Cause - Failure to Pay Fees (Jfif) (Entered: 11/20/2018) | Events since last full update |
| Online | 51 | 11/28/2018 | Civil Minutes -- Order to Show Cause Conditionally Denied Re: 46 - Order to Show Cause - Failure to Pay Fees as Transmitted to Bnc For Service. Hearing to be Held on 11/28/2018 at 09:30 AM at Fresno Courtroom 13, Department B. (CJim) (Admin)(Entered: 11/28/2018) | Events since last full update |
| Online | 52 | 11/28/2018 | Pdf With Attached Audio File. These Recordings Are Not The Official Record of Any Proceeding, And Are Provided as A Convenience to The Public. Instructions For Ordering The Official Record May be Found on The Court's Website. Court Date And Time [ 11/28/2018 9:32:01 AM ]. File Size [ 445 KB ]. Run Time [ 00:01:51 ]. (Admin). (Entered: 11/28/2018) | Events since last full update |
| Online | 53 | 11/28/2018 | Order Conditionally Denying 46 Order to Show Cause - Failure to Pay Fees ; This Order is Transmitted to Bnc For Service. (Jfif)(Entered: 11/29/2018) | Events since last full update |
| Online | 54 | 12/01/2018 | Certificate of Mailing of Order as Provided by The Bankruptcy Noticing Center (Admin.)(Entered: 12/01/2018) | Events since last full update |
| Online | 55 | 12/13/2018 | Motion/Application in Opposition to Pay Amendment Fee Filed by Debtor Frank Orlando Wells (Jfif)(Entered: 12/13/2018) | Events since last full update |
| Online | 56 | 12/17/2018 | Order Granting 55 Motion/Application to Waive Filing Fee. (Jfif)(Entered: 12/17/2018) | Events since last full update |
| Online | 57 | 12/17/2018 | Court's Certificate of Mailing of 56 Order on Motion/Application to Waive Filing Fee (Jfif)(Entered: 12/17/2018) | Events since last full update |

Items 1 to 63 of 63

[ Retrieve Document(s) ]

Dockets may include case events that have occurred since the docket was last updated. For a comprehensive view of the case events, please update the docket

[ New Docket Search ]   [ Search in Same Court ]

LexisNexis® | About LexisNexis | Terms & Conditions | Pricing | Privacy | Customer Support - 1-888-311-1966 | Copyright © 2019 LexisNexis®. All rights reserved.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor | Frank | Orlando | Wells |
| | First Name | Middle Name | Last Name |
| Debtor 2 | N/A | | |
| (Spouse if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN        District of CA
                                                                      (State)

Case number
(if known) _____

☐ Check if this is an
   amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. Do you have any executory contracts or unexpired leases?

   ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   → ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

**Person or company with whom you have the contract or lease**

2.1  CALIFORNIA DEPT. of Corrections &
     Rehabilitations; Bailee For Hire
     SCOTT KERNAN, SECRETARY
     Name
     PO Box 942883
     Number    Street
     SACRAMENTO   CA   94283
     City        State   ZIP Code

2.2  (FORMAL NOTICE OF FRAUD)
     XAVIER BECERRA - ATTORNEY GENERAL
     Name
     1300 I St.  PO Box 944255
     Number    Street
     Sacramento   CA   94244-2550
     City        State   ZIP Code

2.3  FRAUDULENT LIEN RECORDER
     Santa CLARA County Recorders Office
     Name
     70 W. Hedding
     Number    Street
     San Jose   CA   95110-1705
     City        State   ZIP Code

2.4  _____
     Name
     _____
     Number    Street
     _____
     City        State   ZIP Code

2.5  _____
     Name
     _____
     Number    Street
     _____
     City        State   ZIP Code

**State what the contract or lease is for**

EXECUTORY CONTRACT Found to be
Fraudulent by STATE & FEDERAL
INVESTIGATIONS. Debtor is 3rd Party
Performance of Contract Term
Now VOIDABLE For Fraud &
STATUATORY BAR.

Contract # F06517 CDCR EXECUTOR
Debtor Held AS SECUTORY. FAILED TO
cure Defects Presented Per
USC 556(d) WAIVES Jurisdiction

File CC454837  UPON WHICH TH
CONTRACT FORMED Contrary to
18 USC 2515 & 18 USC 1001

Official Form 106G             Schedule G: Executory Contracts and Unexpired Leases

**Fill in this information to identify your case:**

Debtor 1  Frank   Orlando   Wells
First Name   Middle Name   Last Name

Debtor 2  N/A
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the:  Eastern District of CA

Case number
(If known)

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

## Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>if any |
|---|---|---|---|

**2.1**  SCOTT KERNAN
Creditor's Name

Secretary / Bailee
Number   Street

Po Box 942883

Sacramento   CA   94283
City   State   ZIP Code

**Who owes the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
community debt   July  Dec 2004
Date debt was incurred  June 2018

**Describe the property that secures the claim:**  $1,425,000   $ SAME   $ Same

JUDICIAL LIEN FRAUDULENT
EXECUTORY CONTRACT

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) EXECUTORY CONTRACT  June/2018 1,425,000 — July BALANCE

Last 4 digits of account number  4 7 9 3

**2.2**
Creditor's Name

Number   Street

City   State   ZIP Code

**Who owes the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
community debt

Date debt was incurred

**Describe the property that secures the claim:**  $   $   $

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number

Add the dollar value of your entries in Column A on this page. Write that number here:  $1,425,000

**Fill in this information to identify your case:**

Debtor    Frank    Orlando    Wells
          First Name    Middle Name    Last Name

Debtor 2
(Spouse if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: EASTERN    District of CA
                                                              (State)

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  Do you have any executory contracts or unexpired leases?
    ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

|   | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | CALIFORNIA DEPT. of Corrections & Rehabilitations; Boiler For Hire SCOTT KERNAN, SECRETARY **Name** Po Box 942883 **Number    Street** SACRAMENTO CA 94283 **City    State    ZIP Code** | EXECUTORY CONTRACT Found to be Fraudulent by STATE & FEDERAL INVESTIGATIONS. Debtor is 3rd Party Performance of Contract Term Now VOIDABLE For Fraud & STATUTORY BAR. |
| 2.2 | (FORMAL NOTICE OF FRAUD) XAVIER BECERRA – ATTORNEY GENERAL **Name** 1300 I St. Po Box 944255 **Number    Street** Sacramento CA 94244-2550 **City    State    ZIP Code** | Contract # F06517 CDCR Executo Debtor Held AS SECURITY. FAILED T CURE DEFECTS Presented Per USC 556(d) WAIVES JURISDICTION |
| 2.3 | FRAUDULENT LIEN RECORDER Santa CLARA County Recorders Office **Name** 70 W. Hedding **Number    Street** SAN JOSE CA 95110-1705 **City    State    ZIP Code** | File CC454837    UPON WHICH T CONTRACT FORMED Contrary to 18 USC 2515 & 18 USC 1001 |
| 2.4 | **Name** **Number    Street** **City    State    ZIP Code** | |
| 2.5 | **Name** **Number    Street** **City    State    ZIP Code** | |

Debtor 1   Frank Orlando Wells
　　　　　First Name　　Middle Name　　Last Name

Case number (if known) _____

|  |  | Your expenses |
|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ ___ Ø |
| 6. | Utilities: | |
| | 6a. Electricity, heat, natural gas | 6a. $ ___ Ø |
| | 6b. Water, sewer, garbage collection | 6b. $ ___ Ø |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ ___ Ø |
| | 6d. Other. Specify: _____ | 6d. $ ___ Ø |
| 7. | Food and housekeeping supplies | 7. $ ___ Ø |
| 8. | Childcare and children's education costs | 8. $ ___ Ø |
| 9. | Clothing, laundry, and dry cleaning | 9. $ ___ Ø |
| 10. | Personal care products and services | 10. $ ___ Ø |
| 11. | Medical and dental expenses | 11. $ ___ Ø |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ ___ Ø |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. $ ___ Ø |
| 14. | Charitable contributions and religious donations | 14. $ ___ Ø |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. $ ___ Ø |
| | 15b. Health insurance | 15b. $ ___ Ø |
| | 15c. Vehicle insurance | 15c. $ ___ Ø |
| | 15d. Other insurance. Specify: _____ | 15d. $ ___ Ø |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $ ___ Ø |
| 17. | Installment or lease payments: | |
| | 17a. Car payments for Vehicle 1 | 17a. $ ___ Ø |
| | 17b. Car payments for Vehicle 2 | 17b. $ ___ Ø |
| | 17c. Other. Specify: _____ | 17c. $ ___ Ø |
| | 17d. Other. Specify: _____ | 17d. $ ___ Ø |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. $ ___ Ø |
| 19. | Other payments you make to support others who do not live with you. Specify: _____ | 19. $ ___ Ø |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | |
| | 20a. Mortgages on other property | 20a. $ ___ Ø |
| | 20b. Real estate taxes | 20b. $ ___ Ø |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ ___ Ø |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ ___ Ø |
| | 20e. Homeowner's association or condominium dues | 20e. $ ___ Ø |

Debtor 1    Frank Orlando Wells

First Name    Middle Name    Last Name

Case number (if known) _____

21. Other. Specify: _____    21.    +$        ∅

22. Calculate your monthly expenses.

22a. Add lines 4 through 21.    22a.    $        ∅

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.    $        ∅

22c. Add line 22a and 22b. The result is your monthly expenses.    22c.    $        ∅

23. Calculate your monthly net income.

23a. Copy line 12 (your combined monthly income) from Schedule I.    23a.    $    7.86

23b. Copy your monthly expenses from line 22c above.    23b.    −$        ∅

23c. Subtract your monthly expenses from your monthly income.
The result is your monthly net income.    23c.    $    7.86

24. Do you expect an increase or decrease in your expenses within the year after you file this form?

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☒ Yes.    Explain here:  DISCHARGED FRAUDULENT DEBT WILL ALLOW RETURN TO
NORMAL WORKFORCE AND HOUSING OPPORTUNITIES OVERALL DECREASES IN
EXPENSES IS SAFELY ANTICIPATED WITH CURRENT INFORMATION
COLLECTED

CONTINUATION FROM PAGE ONE, EXPENSES, PART 2, QUESTION 4: HOUSING PAYME..
The Principal issue here is room and board is provided as consideratil
For performance of executory contract. The annual value of
48,790 (set off) which debtor is required to pay via performance
[Note. These are values provided by the California Legislative analyst
office, Mr. Anthony Simbol @ www.LAO.CA.Gov. Updated values are
readily available to debtor). Principle issue for Chap. 7 review: The
Executory contract binding debtor from Liberty interests and 15 USC 1
Commerce has been found to be reliant on ACTUAL FRAUD active across
Three (3) state lines Creating Federal 18 USC 1001 Jurisdiction in violation of
18 USC 2515 (Per finding by US Dept. of Justice "Relief due, no exeptions," CRUZ
V ALEXANDER, US V OROSCO AND others) Breach of Contract by creditor per
18 USC 3504 mandate, and absence of required calendar dates on part
of the creditor to delineate the specific terms of performance.
The defects have not been cured. Debtor is still bound to debt reliant
on ACTUAL FRAUD per findings by California Secretary of State's
investigation.

In re: Frank Orlando Wells                    Case No. 18-13009

## NOTICE OF MOTION
## PURSUANT TO LBR 9014-1

Debtor Frank Orlando Wells Pursuant to LBR 9014-1 hereby serves 28 day advance notice of Motion and Order for Lien Avoidance to Creditor Scott Kernan on this 31st day of July 2018.


I do Frank Orlando Wells do declare under penalty of perjury the foregoing is true and correct.


7/31/18

Frank Orlando Wells


Mailed to the Following Address:

Scott Kernan
Po Box 942883
Sacramento CA 94283

AMENDED

## MASTER CREDITORS LIST

CDCR
Interim Secretary Of Corrections
Po Box 942883
Sacramento Ca 94283

Santa Clara County Records Division
191 N. First St.
San Jose CA 95113-1090

Agents of Bailee/Creditor
Warden R. Fisher
CCII S. Soza
21633 Ave 24
Po Box 99
Chowchilla CA 93610

<u>Exhibit C</u>

## Your CUSIP Results are as follows:

JOHN KOCAK (CC SCD-110465)
PIMCO Low Duration Fund/United States

| | |
|---|---|
| Symbol: | PLDRX |
| CUSIP: | 72200Q869 |
| Inception Date: | 12/31/2002 |
| Net Assets: | $7,681,167,000.00 as of 4/30/2019 |
| Portfolio Assets: | $7,681,167,000.00 as of 4/30/2019 |

A little about the Fund:

PIMCO Low Duration Fund seeks maximum total return, consistent with preservation of capital and prudent investment management by investing in investment grade fixed income instruments with average maturities from one to three years.



| Fund Family | Fund Name | CUSIP | Ticker | Front End Load | CDSC Fees | 12b-1 Fees | Gross Expense Ratio | Redemption Fee | Buy/Sell Eligible |
|---|---|---|---|---|---|---|---|---|---|
| PIMCO | PIMCO Long-Term Real Return Fund Class I-2 | 72201W816 | PRTPX | | | | 1.37000 | | SELL ONLY |
| PIMCO | PIMCO Long-Term Real Return Fund Institutional Class | 72200Q505 | PRAIX | | | | 1.27000 | | SELL ONLY |
| PIMCO | PIMCO Long-Term U.S. Government Fund Administrative Class | 693390775 | PLGBX | | | .25 | 1.21500 | | SELL ONLY |
| PIMCO | PIMCO Long-Term U.S. Government Fund Class A | 693391187 | PFGAX | 3.75 | | .25 | 1.31500 | | BUY,SELL |
| PIMCO | PIMCO Long-Term U.S. Government Fund Class C | 693391203 | PFGCX | | 1.00 | 1.00 | 2.06500 | | BUY,SELL |
| PIMCO | PIMCO Long-Term U.S. Government Fund Class I-2 | 72201M677 | PLTPX | | | | 1.06500 | | SELL ONLY |
| PIMCO | PIMCO Long-Term U.S. Government Fund Institutional Class | 693390205 | PGOVX | | | | 0.96500 | | SELL ONLY |
| PIMCO | PIMCO Low Duration ESG Fund Class I-2 | 72201W824 | PLUPX | | | | 0.62000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration ESG Fund Institutional Class | 693390858 | PLDIX | | | | 0.52000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration Fund Administrative Class | 693390767 | PLDAX | | | .25 | 0.96000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration Fund Class A | 693390411 | PTLAX | 2.25 | | .25 | 1.00000 | | BUY,SELL |
| PIMCO | PIMCO Low Duration Fund Class C | 693390387 | PTLCX | | 1.00 | .55 | 1.35000 | | BUY,SELL |
| PIMCO | PIMCO Low Duration Fund Class I-2 | 72201M669 | PLDPX | | | | 0.81000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration Fund Class R | 72200Q869 | PLDRX | | | .50 | 1.30000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration Fund Institutional Class | 693390304 | PTLDX | | | | 0.71000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration II Fund Administrative Class | 693390668 | PDFAX | | | .25 | 0.79000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration II Fund Institutional Class | 693390791 | PLDTX | | | | 0.54000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration Income Fund Class A | 722005162 | PFIAX | 2.25 | | .25 | 0.99000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration Income Fund Class C | 722005154 | PFNCX | | 1.00 | .55 | 1.29000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration Income Fund Class I-2 | 72201M792 | PFTPX | | | | 0.69000 | | SELL ONLY |

# PIMCO

Extended Duration Fund

| Performance (net of fees) | 10 yrs. | 5 yrs. | 3 yrs. | 1 yr. | 6 mos. | 3 mos. |
|---|---|---|---|---|---|---|
| PIMCO Fund (%) | 9.43 | 4.91 | 3.53 | 13.81 | 4.64 | 4.37 |
| Benchmark (%) | 8.97 | 5.13 | 3.58 | 13.52 | 5.15 | 4.40 |

*Performance quoted represents past performance. Past performance is not a guarantee or a reliable indicator of future results. Investment return and the principal value of an investment will fluctuate. Shares may be worth more or less than original cost when redeemed. Current performance may be lower or higher than performance shown. For performance current to the most recent month-end, visit PIMCO.com or by calling 888.87.PIMCO.*

*Differences in the Fund's performance versus the index and related attribution information with respect to particular categories of securities or individual positions may be attributable, in part, to differences in the pricing methodologies used by the Fund and the index. There is no assurance that any fund, including any fund that has experienced high or unusual performance for one or more periods, will experience similar levels of performance in the future. High performance is defined as a significant increase in either 1) a fund's total return in excess of that of the fund's benchmark between reporting periods or 2) a fund's total return in excess of the fund's historical returns between reporting periods. Unusual performance is defined as a significant change in a fund's performance as compared to one or more previous reporting periods.*

| Lipper rankings (Corporate Debt Funds BBB-Rated) | 10 yrs. | 5 yrs. | 3 yrs. | 1 yr. |
|---|---|---|---|---|
| Fund rank | | | 1 | 1 |
| Number of funds | | 1 | 11 | 96 |
| Quartile | 111 | 177 | 205 | 260 |
| | 1 | 1 | 2 | 1 |

*\* Based on total return performance, with distributions reinvested, and operating expenses deducted.*

BASIC FACTS

| Total annual operating expenses | 0.63% |
|---|---|
| Dividend frequency | Daily accrual |

PERFORMANCE CHARACTERISTICS

| SEC 30-day yield (%) | 2.74% |
|---|---|

ABOUT THE BENCHMARK

Citi STRIPS Index, 20+ Year Sub-index represents a composition of outstanding Treasury Bond and Notes with a maturity of at least twenty years. The index is rebalanced each month in accordance with underlying Treasury figures and profiles provided as of the previous month- end. The included STRIPS are derived only from bonds in the Citi U.S. Treasury Bond Index, which include coupon strips with less than one year remaining to maturity.

ABOUT PIMCO

PIMCO is a leading global investment management firm, with offices in 11 countries throughout the Americas, Europe and Asia. Founded in 1971, PIMCO offers a wide range of innovative solutions to help millions of investors worldwide meet their needs. Our goal is to provide attractive returns while maintaining a strong culture of risk management and long-term discipline. PIMCO is owned by Allianz S.E., a leading global diversified financial services provider.

FOR MORE INFORMATION, CALL YOUR PIMCO REPRESENTATIVE AT 888.87.PIMCO.

VISIT OUR WEBSITE FOR A FULL MENU OF PRODUCTS AND SERVICES AT PIMCO.COM.

*Investors should consider the investment objectives, risks, charges and expenses of the funds carefully before investing. This and other information are contained in the fund's prospectus and summary prospectus, if available, which may be obtained by contacting your PIMCO representative. Please read them carefully before you invest or send money.*

[1] Includes U.S. Treasury notes, bonds, futures, and inflation-protected securities. [2] Includes U.S. agencies, FDIC-guaranteed and government-related corporate securities, and supranationals. [3] Includes U.S. dollar denominated interest rate swaps, swaptions, options, and other rate related derivatives. Other portfolio derivatives, where applicable, may be included as part of other sectors based upon their underlying risk characteristics. [4] Short Duration Instruments includes an emerging market security or other instrument economically tied to an emerging market country by country of risk with an effective duration less than one year and rated investment grade or higher or if unrated, determined to be similar quality by PIMCO. Includes the value of short duration emerging markets instruments previously reported in "Cash Equivalents". [5] Other may include convertibles, preferreds, and yankee bonds. [6] Net Other Short Duration Instruments includes securities and other instruments (except if unrated, determined by PIMCO to be of comparable quality, commingled liquidity funds, uninvested cash, interest receivables, net unsettled trades, broker money, short duration derivatives and derivatives offsets. With respect to certain categories of derivative securities, the Adviser reserves the discretion to require a minimum credit rating higher than investment grade for inclusion in this category. Derivatives Offsets includes offsets associated with investments in futures, swaps and other derivatives. Such offsets may be taken at the notional value of the derivative position.

Interest expense results from the Fund's use of certain investments such as tender option bond floating rate certificates. Such expense is required to be treated as a fund expense for accounting purposes and is not payable to Pacific Investment Management Company LLC ("PIMCO"). Any interest expense amount will vary based on the Fund's use of these investments as an investment strategy best suited to seek the objective of the Fund. Total Annual Fund Operating Expenses After Fee Waiver and/or Expense Reimbursement excluding interest expense is 0.50% Institutional Class.

‰% may not equal 100 due to rounding.

Performance reflects changes in share price, reinvestment of dividends and capital gains distributions. All periods longer than one year are annualized.

Effective duration is the duration for a bond with an embedded option when the value is calculated to include the expected change in cash flow caused by the option as interest rates change. Gov't Related may include nominal and inflation-protected Treasuries, agencies, interest rate swaps, Treasury futures and options, and FDIC-guaranteed corporate securities. Securities, interest rate investments made by a Fund and the results achieved by a Fund are not expected to be the same as those made by any other PIMCO-advised fund, including those with a similar name, investment objective or policies. A new or smaller Fund's performance may not represent how the Fund is expected to or may perform in the long-term. New Funds have limited operating histories for investors to evaluate and new and smaller Funds may not attract sufficient assets to achieve investment and trading efficiencies. A Fund may be forced to sell a comparatively large portion of its portfolio to meet significant shareholder redemptions for cash, or hold a comparatively large portion of its portfolio in cash due to significant share purchases for cash, in each case when the Fund otherwise would not seek to do so, which may adversely affect performance.

A word about risk: Investing in foreign denominated and/or domiciled securities may involve heightened risk due to currency fluctuations, and economic and political risks, which may be enhanced in emerging markets. Mortgage and asset-backed securities may be sensitive to changes in interest rates, subject to early repayment risk, and their value may fluctuate in response to the market's perception of issuer creditworthiness; while generally supported by some form of government or private guarantee there is no assurance that private guarantors will meet their obligations. High-yield, lower-rated, securities involve greater risk than higher-rated securities; portfolios that invest in them may be subject to greater levels of credit and liquidity risk than portfolios that do not. Sovereign securities are generally backed by the issuing government, obligations of U.S. Government agencies and authorities are supported by varying degrees but are generally not backed by the full faith of the U.S. Government; portfolios that invest in such securities are not guaranteed and will fluctuate in value. Derivatives may involve certain costs and risks such as liquidity, interest rate, market, credit, management and the risk that a position could not be closed when most advantageous. Investing in derivatives could lose more than the amount invested. Diversification does not ensure against loss. The value of most bond funds and fixed income securities are impacted by changes in interest rates. Bonds and bond funds with longer durations tend to be more sensitive and more volatile than securities with shorter durations; bond prices generally fall as interest rates rise. Past rankings are no guarantee of future rankings. Rankings begin with the inception of the actual share class. Lipper does not take into account sales charges.

The minimum initial investment for institutional class shares is $1 million; however, it may be modified for certain financial intermediaries who submit trades on behalf of eligible investors.

No part of this material may be reproduced in any form, or referred to in any other publication, without express written permission. PIMCO is a trademark of Allianz Asset Management of America L.P. in the United States and throughout the world.

# PIMCO

*As of 31 December 2017*
PIMCO Funds: Government

# Extended Duration Fund

| CLASS: | INSTITUTIONAL |
|---|---|
| FUND INCEPTION DATE: | 31 AUGUST 2006 |
| TICKER: | PEDIX |
| CUSIP: | 72201F599 |
| TOTAL NET ASSETS (IN MILLIONS): | $1,351.2 |

**PORTFOLIO MANAGERS**

Michael Cudzil, Stephen Rodosky, Josh Thimons

**FUND STATISTICS**

| | |
|---|---|
| Effective duration (yrs) | 24.89 |
| Effective maturity (yrs) | 25.74 |

**SECTOR DIVERSIFICATION (%)**

| | Market value weighted |
|---|---|
| US Government - Treasury [1] | 87.5 |
| US Government - Agency [2] | 1.6 |
| Swaps and Liquid Rates [3] | -41.2 |
| Mortgage | 2.0 |
| Invest. Grade Credit | 1.5 |
| High Yield Credit | 0.0 |
| Non-USD Developed | -0.8 |
| Emerging Markets | 2.7 |
|    Bonds and Other Long Duration Instruments | 1.5 |
|    Short Duration Instruments [4] | 1.2 |
| Municipal | 0.0 |
| Other [5] | 2.0 |
| Net Other Short Duration Instruments [4] | 44.7 |

## Fund description

The Extended Duration Fund is an actively managed, targeted portfolio with concentrated exposure to the very long end of the yield curve. This fund seeks to maximize current income and capital appreciation while maintaining exposure consistent with its benchmark. The fund maintains duration within three years of the Citigroup Strips Index 20-plus Year Sub-Index.

## INVESTOR BENEFITS

This fund offers investors an efficient strategy to match the interest rate sensitivity of their assets and long-term liabilities.

Potential benefits of this fund include:

- Enhanced matching between assets and long-term interest-rate-sensitive liabilities
- Portfolio diversification, income and capital gains potential through active management focused on total return
- Focus on maintaining and increasing the purchasing power of investors retirement funds in all interest rate environments
- Utilizes a broad opportunity set of fixed-income securities

## THE FUND ADVANTAGE

PIMCO combines its 37 years of investing with a total return philosophy and 20 years of experience managing long duration bonds. The fund takes a diversified approach to enhancing long-term bond returns by expanding investment beyond government bonds to include the entire global fixed-income opportunity set in the 20-plus year duration space. The fund actively manages duration and yield-curve positioning, takes small exposures to non-benchmark sectors, and targets long-term structural premiums in the bond market. This diversified approach seeks to provide greater duration in order to hedge interest rate risk.

## VALUE OF CORE FIXED INCOME STRATEGIES

An allocation to PIMCO's fixed-income strategies may be beneficial as a core part of a balanced portfolio. Bonds can provide a steady source of income and, as part of a total-return strategy, potentially produce capital gains as well. An allocation to a PIMCO fixed-income strategy in a portfolio also can offer diversification and serve as a hedge against volatility and risks in other asset classes, particularly in times of economic uncertainty or deflation.





ATLANTIC·FINANCIAL

MUTUAL FUND CENTER

Search Our Site

[ ] Search
○ Google ● Site

**Information for a changing world**

For economic, globalization and wealth management news visit The Fenton Report.

Fenton Report Sudan News Blog |

**IRA / 401k Rollovers**

If you have an IRA or 401k at a bank, broker, financial consultant or former employer, we can help.

IRA and 401k Rollovers

Wealth Management

Atlantic Financial Home Page

About Atlantic Financial Inc.
History and Information
Current Clients | Investors | Careers |
News

Financial Services
What we do
Money Management | Economic
Consulting & Strategy Services |
Bonds | Strategic Planning | Financial
Planning

Global Investing Services
International Investments |
Emerging Markets Investing

Investing Information

Site Map

Contact Us

Open an Account
IRA Rollover | New Account
Application | Account Transfers

Individual Investments

Financial Education
Roth IRA | Managed Accounts |
Retirement Savings Plans |
Investment Management Firms

Wealth Management
Investment Strategy
Investing

Mutual Funds
Mutual Fund Center | Goldman
Sachs Mutual Funds | Equity
Investments | Basket of Accord |
Mutual Fund Wrap Accounts

Retirement Planning
IRA - Individual Retirement Account
IRA, | Rollover - IRA and 401k

Site Map

Corporate Services

Corporate Investors
401k ERISA | Investment
Management
Information 401k Plans: Corporate
and Individual
401k Plan Fiduciary Responsibilities |
401k Plans

Thank you for visiting

Please also visit
Recommended Websites

Mutual Funds Available to Clients of Atlantic Financial

# PIMCO Funds (Part 2)

Do you have Questions?
Ask Atlantic Financial



**Global**
A focus on the world and how you.

| FUND NAME | CUSIP | SYMBOL | OBJECTIVE |
|---|---|---|---|
| PIMCO COMMODITY REAL RET STRAT ADMIN CL | CUSIP 722061659 | SYMBOL PCRRX | Growth |
| PIMCO COMMODITY REAL RETURN INST | CUSIP 722065667 | SYMBOL PCRIX | Growth |
| PIMCO CONVERTIBLE BOND INSTL | CUSIP 693391831 | SYMBOL PFCIX | Convertible Bond |
| PIMCO DEV LOCAL MKTS FD INST | CUSIP 72201A409 | SYMBOL PLMIX | |
| PIMCO DIVERSIFIED INCOME FUND INSTL | CUSIP 693391886 | SYMBOL PDIIX | Growth & Inc |
| PIMCO EMERGING MARKETS BOND ADMIN | CUSIP 693391567 | SYMBOL PEBAX | Worldwide Bond |
| PIMCO EMERGING MARKETS BOND INSTL | CUSIP 693391559 | SYMBOL PEBIX | Worldwide Bond |
| PIMCO FIXED INCOME SHS SERIES C INSTL | CUSIP 337946107 | SYMBOL FXICX | |
| PIMCO FIXED INCOME SHS SERIES M INSTL | CUSIP 337946206 | SYMBOL FXIMX | |
| PIMCO FLOATING INCOME INSTITUTIONAL | CUSIP 722005170 | SYMBOL PFIIX | |
| PIMCO FOREIGN ADMINISTRATIVE SHS | CUSIP 693390692 | SYMBOL PFRAX | Worldwide Bond |
| PIMCO FOREIGN BD FD (UNHEDGED) ADM CL | CUSIP 72201F771 | SYMBOL PFUUX | |
| PIMCO FOREIGN BOND (UNHEDGED) CL R | CUSIP 72200Q828 | SYMBOL PFRRX | Worldwide Bond |
| PIMCO FOREIGN BOND F 0 (UNHEDGED) INST CL | CUSIP 722005220 | SYMBOL PFUIX | Income |
| PIMCO FOREIGN INSTITUTIONAL SHS | CUSIP 72200Q794 | SYMBOL PFORX | Worldwide Bond |
| PIMCO FUNDMNTL INDEX PLUS INSTL CL SHS | CUSIP 72201F805 | SYMBOL PFPIX | |
| PIMCO FUNDMNTL INDEX PLUS TRUST INSTL SHS | CUSIP 72201F854 | SYMBOL PKTIX | |
| PIMCO GLOBAL ADMINISTRATIVE SHS | CUSIP 693390684 | SYMBOL PADMX | Worldwide Bond |
| PIMCO GLOBAL BD US S HEDGED ADM CL | CUSIP 693390148 | SYMBOL PGDAX | Worldwide Bond |
| PIMCO GLOBAL BD II INSTL | CUSIP 693390130 | SYMBOL PGBIX | Worldwide Bond |
| PIMCO GLOBAL INSTL CLASS | CUSIP 693390874 | SYMBOL PIGLX | Worldwide Bond |
| PIMCO GNMA INSTL | CUSIP 693391450 | SYMBOL POMIX | Government Bond |
| PIMCO HIGH YIELD ADMINISTRATIVE SHS | CUSIP 693390650 | SYMBOL PHYAX | Corporate Bond |
| PIMCO HIGH YIELD CLASS R | CUSIP 72200Q794 | SYMBOL PHYRX | Corporate Bond |
| PIMCO HIGH YIELD INSTL | CUSIP 693390841 | SYMBOL PHIYX | Corporate Bond |
| PIMCO HIGH YIELD MUNI BD INSTL CL | CUSIP 72201F672 | SYMBOL PHMIX | |
| PIMCO INTL STKS PLUS TR STRAT INSTL CL | CUSIP 72200Q380 | SYMBOL PISIX | World Stock |
| PIMCO INV GRADE CORP BOND INSTL | CUSIP 722005816 | SYMBOL PIGIX | Corporate Bond |
| PIMCO IAP SK PLUS TR STRATEGY INSTL CL | CUSIP 72200Q323 | SYMBOL PISIX | Foreign Stock |
| PIMCO LONG TERM US GOVT ADMINISTRATIVE | CUSIP 693390775 | SYMBOL PLGBX | Government Bond |
| PIMCO LONG TERM US GOVT INSTL | CUSIP 72200Q767 | SYMBOL PGOVX | Government Bond |
| PIMCO LOW DURATION ADMINISTRATIVE SHS | CUSIP 693391112 | SYMBOL PLDAX | Corporate Bond |
| PIMCO LOW DURATION FUND CLASS R | CUSIP 72200Q869 | SYMBOL PLDRX | Corporate Bond |
| PIMCO LOW DURATION C ADMINISTRATIVE | CUSIP 693390608 | SYMBOL PDFAX | Corporate Bond |
| PIMCO LOW DURATION II INSTL | CUSIP 693390791 | SYMBOL PLDTX | Corporate Bond |
| PIMCO LOW DURATION III INSTL | CUSIP 693390858 | SYMBOL PLDIX | Corporate Bond |
| PIMCO LOW DURATION INSTITUTIONAL | CUSIP 693390304 | SYMBOL PTLDX | Corporate Bond |
| PIMCO MODERATE DURATION INSTL | CUSIP 693390913 | SYMBOL PMDRX | Corporate Bond |
| PIMCO MUNICIPAL BOND ADMIN SNS | CUSIP 693391641 | SYMBOL PMNAX | Municipal Bond |
| PIMCO NY MUNI BOND INSTITUTIONAL | CUSIP 693391458 | SYMBOL PFMIX | Municipal Bond |
| PIMCO REAL RETURN ADMINISTRATIVE CLASS | CUSIP 693389710 | SYMBOL PNYIX | Municipal Bond |
| PIMCO REAL RETURN ASSET INSTL | CUSIP 693391112 | SYMBOL PARRX | Government Bond |
| PIMCO REAL RETURN BOND INSTL CLASS | CUSIP 72200Q505 | SYMBOL PRAIX | Growth & Inc |
| PIMCO REAL RETURN FUND CLASS R | CUSIP 693391104 | SYMBOL PRRRX | Government Bond |
| PIMCO REAL RETURN STRAT INSTL CLASS | CUSIP 72200Q257 | SYMBOL PRRSX | Government Bond |
| PIMCO SHORT DURATION MUNI INSTITUTIONAL | CUSIP 693389827 | SYMBOL PSDIX | Real Estate |
| PIMCO SHORT TERM ADMINISTRATIVE SHS | CUSIP 693390734 | SYMBOL PSFAX | Municipal Bond |
| PIMCO SHORT TERM CLASS R | CUSIP 72200Q877 | SYMBOL PTSRX | Corporate Bond |
| PIMCO SHORT TERM INSTITUTIONAL | CUSIP 693395601 | SYMBOL PTSHX | Corporate Bond |
| PIMCO STOCK PLUS TOTAL RETURN CL I | CUSIP 693390205 | SYMBOL PSPRX | Growth & Inc |
| PIMCO STOCKPLUS TR SHORT STRTGY INSTL | CUSIP 722005642 | SYMBOL PSPTX | Growth & Inc |
| PIMCO STOCKS PLUS ADMINISTRATIVE SHS | CUSIP 693390486 | SYMBOL PSTIX | Asset Allocation |
| PIMCO STOCKS PLUS INSTL CLASS | CUSIP 693390759 | SYMBOL PPLAX | Growth & Inc |
| PIMCO TOTAL RETURN ADMINISTRATIVE SHS | CUSIP 693390726 | SYMBOL PTRAX | Corporate Bond |

Services
A variety of s
investors. Ch

| | CUSIP | SYMBOL | |
|---|---|---|---|
| PIMCO TOTAL RETURN FUND CLASS R | CUSIP 722340Q85 | SYMBOL PTRRX | Corporate Bond |
| PIMCO TOTAL RETURN II ADMINISTRATIVE | CUSIP 693392944 | SYMBOL PRADX | Corporate Bond |
| PIMCO TOTAL RETURN II INST. | CUSIP 693392951 | SYMBOL PMBIX | Corporate Bond |
| PIMCO TOTAL RETURN III ADMINISTRATIVE | CUSIP 693396637 | SYMBOL PRRAX | Corporate Bond |
| PIMCO TOTAL RETURN III INST. | CUSIP 693396866 | SYMBOL PTSAX | Corporate Bond |
| PIMCO TOTAL RETURN INST. | CUSIP 693390700 | SYMBOL PTTAX | Corporate Bond |
| PIMCO TOTAL RETURN MORTGAGE ADM CL | CUSIP 693391516 | SYMBOL PMTAX | Government Bond |
| PIMCO TOTAL RETURN MORTGAGE CL I | CUSIP 693391508 | SYMBOL PTRIX | Government Bond |

Note: Mutual Fund availability subject to change.
Please contact Atlantic Financial for more information.

## Contact Atlantic Financial

For more information, or to have us answer any questions you may have, email Atlantic Financial, or use this short form to contact us:

### ⁘ Financial Planning and Investment Services

Atlantic Financial has been serving clients on the Internet since 1994 and enjoys a solid reputation for service, selection and value. We can review your financial plan, assist with your 401k Rollover or IRA Rollover and answer your retirement questions.

Please remember that education is the first step you can take to meet your financial goals. To learn more, visit the Atlantic Financial Dictionary and subscribe to the Atlantic Financial Investment Word.

Thank you for visiting our website

### ⁘ Wealth Management Tools

**Individual Services**
- IRA Rollover 401k Rollover
- IRA IRA Roth
- Managed Account
- College Savings
- Request a Financial Plan

**Corporate Services**
- 401k Plan 401k Transfer
- Institutional Services
- Money Management
- Mutual Funds
- SEP Plan

**About Us**
- Contact Us
- Company
- Commissions Services
- Employment
- Links

Atlantic Financial, Inc.

Mutual Fund Center and affiliated websites do not offer brokerage or investment advisory services.
Content provided for informational purposes only.

Powered by
FDMT

© Copyright 1994-2015, Atlantic Financial Inc. All Rights Reserved.
For more information please contact us

Copyright © 1994-2015 Atlantic Financial ~ AF Asset Management Corp. All Rights reserved.
AF Asset Management Corp. is a Registered Investment Advisor located in Massachusetts using the trade name Atlantic Financial. Atlantic Financial / AF Asset Management is not affiliated with a broker dealer and does not provide brokerage services. Please read our form ADV as well as appropriate memorandums and prospectuses before investing.



SIPC Consumer Website
www.sipc.org
or call (202)371-8300